# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

135739

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 135739
COA: 277170
Kent CC: 71-014734-FC
        71-014735-FC

REGINALD SAMUELS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

p0721